# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                              :          CHAPTER 13

Garnet Valentine Irving

    DEBTOR                                          :          BKY. NO:  23-12611-amc

## CERTIFICATION OF SERVICE

    I, Michael A. Cibik, Esquire, attorney for Debtor, do hereby certify that all creditors, trustee, and any interested parties were served by Electronic Means and/or First-Class Mail, a copy of the Chapter 13 Plan.

                                                                     Respectfully Submitted,

Date:   10/31/2023                                     /s/Michael A. Cibik
                                                                   MICHAEL A. CIBIK, ESQUIRE
                                                                   CIBIK LAW, P.C.
                                                                   1500 WALNUT STREET, STE. 900
                                                                   PHILADELPHIA, PA   19102
                                                                   (215) 735-1060