

# Lien and Title Information Report

2815-Credit Acceptance Corporation

| | | | |
|---|---|---|---|
| Customer | GARNET IRVING | VIN | 4T1BK3DB5AU355297 |
| Organization ID | 2815 | Organization Name | Credit Acceptance Corporation |
| Lien Start | 03/04/2019 | Lien End | |
| Original Loan Amount | $0.00 | Lien Balance Amount | $0.00 |
| Lien Type | Retail | Dealer ID | A1HC-2R |

## Last ELT Transactions

| Received On | | |
|---|---|---|
| 2019-03-19 22:56:17.0 | | Add Record - Perfection of Lien |

## Borrower / Lesee Details

| | |
|---|---|
| Name | GARNET IRVING |
| Address | 7439 Miller Ave, UPPER DARBY PA, 190822026 |

## Vehicle Information

| | | | |
|---|---|---|---|
| Vehicle Type | Auto | Make | Toyota |
| Model | Avalon | Year | 2010 |
| Mileage | 77275 | | |

## Title Information

| | | | |
|---|---|---|---|
| Title Number | 67599344 | Title State | PA |
| Tag Number | | VIN | 4T1BK3DB5AU355297 |
| Status | MATCHED | Match Date | 03/19/2019 |
| Lien Expiration Date | 03/19/2025 | Media Type | Electronic |

## State Information

| | | | |
|---|---|---|---|
| Name | IRVING, GARNET VALENTINE | Lessee | |
| Address | 7439 MILLER AVE, UPPER DARBY PA, 19082 | | |
| Vehicle Type | | Make | TOYO |
| Model | AVA | Year | 2010 |
| Mileage | 77275 | | |
| Title State | PA | Title Number | 67599344 |
| Brands | 68 PA: ACTUAL MILEAGE | | |