IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) 23-12611 (AMC) |
| GARNET V. IRVING | ) |
| | ) |
| **Debtor(s)** | ) Chapter 13 |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

WILLIAM E. CRAIG, attorney for Credit Acceptance Corporation hereby certifies as follows:

1. I am the attorney for Credit Acceptance and am fully familiar with the facts of this case.

2. On November 15, 2023, I served by electronic means and by regular mail, a copy of the Notice Of Motion, Motion For Relief From Stay, and Proposed Order to the following individuals:

<u>Debtor</u>
Garnet V. Irving
7439 Miller Avenue
Upper Darby, PA 19082

<u>Debtor's Attorney</u>
Michael I. Assad, Esq.
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

<u>Office of the US Trustee</u>
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

<u>Trustee</u>
Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Date: 11/15/23

/s/ William E. Craig
William E. Craig
Morton & Craig LLC
110 Marter Ave., Suite 301
Moorestown, NJ 08057
(856) 866-0100
Bar I.D. 92329 - Pennsylvania