# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Garnet Valentine Irving,

                  Debtor.

Case No. 23-12611-amc

Chapter 13

Related to ECF No. 34

### Debtor's Objection to Motion for Relief from Stay filed by Credit Acceptance Corporation

**AND NOW**, Debtor Garnet Valentine Irving, by and through his attorney, hereby objects to the Motion for Relief from Stay filed by Credit Acceptance Corporation.

The Debtor intends to pay the secured claim of CAC through his chapter 13 plan, but erroneously omitted it from the plan filed as ECF No. 30. The Debtor has filed an amended chapter 13 plan as ECF No. 36, which provides for payment of CAC's claim.

According, no grounds for relief exist and the Court must deny the motion.

**NOW, THEREFORE**, the Debtor asks this Court to deny the Motion in the form of order attached and to grant such other and further relief in his favor as may be necessary and proper under the law.

Date: November 17, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

### Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by Credit Acceptance Corporation to be served on all parties on the clerk's service list through the CM/ECF system.

Date: November 17, 2023

/s/ Michael A. Cibik
Michael A. Cibik

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 23-12611-amc |
| Garnet Valentine Irving, | Chapter 13 |
| Debtor. | Related to ECF No. 34 |

**Order Denying Motion for Relief from Stay**
**filed by Credit Acceptance Corporation**

      **AND NOW**, upon consideration of the Motion for Relief from Stay filed by Credit Acceptance Corporation, and the Debtor's objection thereto, and after notice and hearing, it is hereby **ORDERED** that the Motion is **DENIED**.

Date:

                                            Ashely M. Chan
                                            U.S. Bankruptcy Judge