# American Airlines
## Pay Statement

PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

**Mr Garnet Irving (352407)**
7439 Miller Ave
Upper Darby PA  19082

| Pay Frequency: | US Bi-Weekly |
| --- | --- |
| Employee Type: | Regular |
| Payment Date: | 06/30/2023 |
| Hours Worked: | 0.00 |
| Pay Period: | 06/12/2023 - 06/25/2023 |
| Basis of Pay: | Hourly |

| Status/Allowance/Percent. | | | | Available | |
| --- | --- | --- | --- | --- | --- |
| FED | Married JT | 0 | | Vacation | 10.00 |
| PA | Single | 0 | | Sick | 32.00 |

**Location:** PHL AIRPORT GROUP 6
**Company FEIN:** 13-1502798

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year to Date | 36,285.75 | 4,715.61 | 8,692.19 | 7,951.42 | 14,926.53 |

### EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year to Date |
| --- | --- | --- | --- | --- | --- |
| Regular Pay | | 0.00 | 0.00 | 0.00 | 22,014.00 |
| Voluntary Trade Worked | | 0.00 | 0.00 | 0.00 | 7,135.47 |
| Shift 2 | | 0.00 | 0.00 | 0.00 | 286.76 |
| Shift 3 | | 0.00 | 0.00 | 0.00 | 197.78 |
| Holiday Premium | | 0.00 | 0.00 | 0.00 | 1,080.56 |
| Vacation Pay | | 0.00 | 0.00 | 0.00 | 2,688.00 |
| Sick Pay | | 0.00 | 0.00 | 0.00 | 537.60 |
| Injury on Duty | | 0.00 | 0.00 | 0.00 | 154.22 |
| AAG Profit Sharing | | 0.00 | 0.00 | 0.00 | 2,191.36 |
| **Total Earnings** | | | 0.00 | 0.00 | 36,285.75 |

### DEDUCTIONS

| Pre-Tax Deductions | Current | Year to Date |
| --- | --- | --- |
| Medical Coverage | 0.00 | 2,508.81 |
| Dental Coverage | 0.00 | 143.44 |
| Vision Coverage | 0.00 | 82.40 |
| Employee AD&D | 0.00 | 18.72 |
| 401k | 0.00 | 1,962.24 |
| **Total Pre-Tax Deductions** | 0.00 | 4,715.61 |

| Taxes | Current | Year to Date |
| --- | --- | --- |
| **Federal Taxes** | | |
| Withholding Tax | 0.00 | 4,094.91 |
| EE Social Security Tax | 0.00 | 2,081.96 |
| EE Medicare Tax | 0.00 | 486.91 |
| **State Taxes PA** | | |
| Withholding Tax | 0.00 | 1,029.44 |
| EE Unemployment Tax | 0.00 | 25.40 |
| **City PBKX** | | |
| Withholding Tax | 0.00 | 866.00 |
| **City PC0V** | | |
| Withholding Tax | 0.00 | 83.57 |
| Local Services Tax | 0.00 | 24.00 |
| **Total Taxes** | 0.00 | 8,692.19 |

| After-Tax Deductions | Current | Year to Date |
| --- | --- | --- |
| 401k Loan #1 | 0.00 | 235.72 |
| 401k Loan #2 | 0.00 | 484.99 |
| Union Dues - IAM FS | 0.00 | 514.20 |
| Child Support | 0.00 | 4,655.28 |
| Employee Life | 0.00 | 257.06 |
| Child Life | 0.00 | 11.16 |
| STD-TWU-IAM | 0.00 | 1,010.16 |
| LTD-TWU-IAM | 0.00 | 560.25 |
| Hospital Indemnity Plan | 0.00 | 204.72 |
| Group Accident Ins | 0.00 | 17.88 |
| **Total After-Tax Deductions** | 0.00 | 7,951.42 |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

| Taxable Earnings | Current | Year To Date |
| --- | --- | --- |
| **Federal Taxes** | | |
| Withholding Tax | 3.97 | 31,621.75 |
| EE Social Security Tax | 3.97 | 33,583.99 |
| EE Medicare Tax | 3.97 | 33,583.99 |
| **State Taxes PA** | | |
| Withholding Tax | 0.00 | 33,532.38 |
| **City PBKX** | | |
| Withholding Tax | 0.00 | 25,174.82 |
| **City PC0V** | | |
| Withholding Tax | 0.00 | 8,357.56 |

| Additional Information | Current | Year To Date |
| --- | --- | --- |
| 401k Company Match | 0.00 | 1,451.43 |
| **Imputed Income** | Current | Year to Date |
| Group Term Life | 3.97 | 51.61 |

American Airlines — Pay Statement
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

Case 23-11261-amc    Doc 38    Filed 12/05/23    Entered 12/05/23 15:44:36    Desc Main
Document    Page 2 of 12

| NET EARNINGS DISTRIBUTION | | | | | |
|---|---|---|---|---|---|
| Account Type | Bank Name | Account Number | Date | Deposit Amount | Currency |
| Checking Account | NAVY FEDERAL CREDIT UNION | ******8300 | 06/30/2023 | 0.00 | USD |

# American Airlines
## Pay Statement

PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

| | | |
|---|---|---|
| Mr Garnet Irving (352407)<br>7439 Miller Ave<br>Upper Darby PA  19082 | Pay Frequency: US Bi-Weekly<br>Employee Type: Regular<br>Payment Date: 07/14/2023<br>Hours Worked: 0.00 | Status/Allowance/Percent.<br>FED  Married JT  0<br>PA   Single  0 |
| Location:  PHL AIRPORT GROUP 6<br>Company FEIN: 13-1502798 | Pay Period: 06/26/2023 - 07/09/2023<br>Basis of Pay: Hourly | Available<br>Vacation  10.00<br>Sick  32.00 |

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year to Date | 36,285.75 | 4,715.61 | 8,692.19 | 7,951.42 | 14,926.53 |

### EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|---|
| Regular Pay | | 0.00 | 0.00 | 0.00 | 22,014.00 |
| Voluntary Trade Worked | | 0.00 | 0.00 | 0.00 | 7,135.47 |
| Shift 2 | | 0.00 | 0.00 | 0.00 | 286.76 |
| Shift 3 | | 0.00 | 0.00 | 0.00 | 197.78 |
| Holiday Premium | | 0.00 | 0.00 | 0.00 | 1,080.56 |
| Vacation Pay | | 0.00 | 0.00 | 0.00 | 2,688.00 |
| Sick Pay | | 0.00 | 0.00 | 0.00 | 537.60 |
| Injury on Duty | | 0.00 | 0.00 | 0.00 | 154.22 |
| AAG Profit Sharing | | 0.00 | 0.00 | 0.00 | 2,191.36 |
| **Total Earnings** | | | 0.00 | 0.00 | 36,285.75 |

### DEDUCTIONS

| Pre-Tax Deductions | Current | Year to Date |
|---|---|---|
| Medical Coverage | 0.00 | 2,508.81 |
| Dental Coverage | 0.00 | 143.44 |
| Vision Coverage | 0.00 | 82.40 |
| Employee AD&D | 0.00 | 18.72 |
| 401k | 0.00 | 1,962.24 |
| **Total Pre-Tax Deductions** | 0.00 | 4,715.61 |

| Taxes | Current | Year to Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 0.00 | 4,094.91 |
| EE Social Security Tax | 0.00 | 2,081.96 |
| EE Medicare Tax | 0.00 | 486.91 |
| **State Taxes PA** | | |
| Withholding Tax | 0.00 | 1,029.44 |
| EE Unemployment Tax | 0.00 | 25.40 |
| **City PBKX** | | |
| Withholding Tax | 0.00 | 866.00 |
| **City PC0V** | | |
| Withholding Tax | 0.00 | 83.57 |
| Local Services Tax | 0.00 | 24.00 |
| **Total Taxes** | 0.00 | 8,692.19 |

| After-Tax Deductions | Current | Year to Date |
|---|---|---|
| 401k Loan #1 | 0.00 | 235.72 |
| 401k Loan #2 | 0.00 | 484.99 |
| Union Dues - IAM FS | 0.00 | 514.20 |
| Child Support | 0.00 | 4,655.28 |
| Employee Life | 0.00 | 257.06 |
| Child Life | 0.00 | 11.16 |
| STD-TWU-IAM | 0.00 | 1,010.16 |
| LTD-TWU-IAM | 0.00 | 560.25 |
| Hospital Indemnity Plan | 0.00 | 204.72 |
| Group Accident Ins | 0.00 | 17.88 |
| **Total After-Tax Deductions** | 0.00 | 7,951.42 |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|
| | | | | | |

| Taxable Earnings | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 3.97 | 31,625.72 |
| EE Social Security Tax | 3.97 | 33,587.96 |
| EE Medicare Tax | 3.97 | 33,587.96 |
| **State Taxes PA** | | |
| Withholding Tax | 0.00 | 33,532.38 |
| **City PBKX** | | |
| Withholding Tax | 0.00 | 25,174.82 |
| **City PC0V** | | |
| Withholding Tax | 0.00 | 8,357.56 |

| Additional Information | Current | Year To Date |
|---|---|---|
| 401k Company Match | 0.00 | 1,451.43 |
| **Imputed Income** | Current | Year to Date |
| Group Term Life | 3.97 | 55.58 |

American Airlines
Pay Statement
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000
RHX-RWE-PAY

Case 23-11261-amc    Doc 38    Filed 12/05/23    Entered 12/05/23 15:44:36    Desc Main
Document    Page 4 of 12

| NET EARNINGS DISTRIBUTION | | | | | |
|---|---|---|---|---|---|
| Account Type | Bank Name | Account Number | Date | Deposit Amount | Currency |
| Checking Account | NAVY FEDERAL CREDIT UNION | ******8300 | 07/14/2023 | 0.00 | USD |

# American Airlines
## Pay Statement

RHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

| | | | | | |
|---|---|---|---|---|---|
| Mr Garnet Irving (352407) | | Pay Frequency: | US Bi-Weekly | **Status/Allowance/Percent.** | **Available** |
| 7439 Miller Ave | | Employee Type: | Regular | FED  Married JT  0 | Vacation  10.00 |
| Upper Darby PA  19082 | | Payment Date: | 07/28/2023 | PA  Single  0 | Sick  40.00 |
| | | Hours Worked: | 0.00 | | |
| Location: | PHL AIRPORT GROUP 6 | Pay Period: | 07/10/2023 - 07/23/2023 | | |
| Company FEIN: 13-1502798 | | Basis of Pay: | Hourly | | |

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 0.00 | -94.35 | 11.41 | 55.34 | 27.60 |
| Year to Date | 36,285.75 | 4,621.26 | 8,703.60 | 8,006.76 | 14,954.13 |

### EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|---|
| Regular Pay | | 0.00 | 0.00 | 0.00 | 22,014.00 |
| Voluntary Trade Worked | | 0.00 | 0.00 | 0.00 | 7,135.47 |
| Shift 2 | | 0.00 | 0.00 | 0.00 | 286.76 |
| Shift 3 | | 0.00 | 0.00 | 0.00 | 197.78 |
| Holiday Premium | | 0.00 | 0.00 | 0.00 | 1,080.56 |
| Vacation Pay | | 0.00 | 0.00 | 0.00 | 2,688.00 |
| Sick Pay | | 0.00 | 0.00 | 0.00 | 537.60 |
| Injury on Duty | | 0.00 | 0.00 | 0.00 | 154.22 |
| AAG Profit Sharing | | 0.00 | 0.00 | 0.00 | 2,191.36 |
| **Total Earnings** | | | 0.00 | 0.00 | 36,285.75 |

### DEDUCTIONS

| Pre-Tax Deductions | Current | Year to Date |
|---|---|---|
| Medical Coverage | -86.25 | 2,422.56 |
| Dental Coverage | -4.85 | 138.59 |
| Vision Coverage | -2.70 | 79.70 |
| Employee AD&D | -0.55 | 18.17 |
| 401k | 0.00 | 1,962.24 |
| **Total Pre-Tax Deductions** | **-94.35** | **4,621.26** |

| Taxes | Current | Year to Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 0.00 | 4,094.91 |
| EE Social Security Tax | 5.76 | 2,087.72 |
| EE Medicare Tax | 1.35 | 488.26 |
| **State Taxes PA** | | |
| Withholding Tax | 2.90 | 1,032.34 |
| EE Unemployment Tax | 0.00 | 25.40 |
| **City PBKX** | | |
| Withholding Tax | 0.65 | 866.65 |
| **City PC0V** | | |
| Withholding Tax | 0.75 | 84.32 |
| Local Services Tax | 0.00 | 24.00 |
| **Total Taxes** | **11.41** | **8,703.60** |

| After-Tax Deductions | Current | Year to Date |
|---|---|---|
| Employee Life | -7.75 | 249.31 |
| Child Life | -0.35 | 10.81 |
| LTD-TWU-IAM | -16.85 | 543.40 |
| Hospital Indemnity Plan | -6.10 | 198.62 |
| Group Accident Ins | -0.55 | 17.33 |
| 401k Loan #2 | 44.09 | 529.08 |
| Union Dues - IAM FS | 42.85 | 557.05 |
| 401k Loan #1 | 0.00 | 235.72 |
| Child Support | 0.00 | 4,655.28 |
| STD-TWU-IAM | 0.00 | 1,010.16 |
| **Total After-Tax Deductions** | **55.34** | **8,006.76** |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|

| Taxable Earnings | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 85.01 | 31,710.73 |
| EE Social Security Tax | 85.01 | 33,672.97 |
| EE Medicare Tax | 85.01 | 33,672.97 |
| **State Taxes PA** | | |
| Withholding Tax | 94.35 | 33,626.73 |
| **City PBKX** | | |
| Withholding Tax | 18.87 | 25,193.69 |
| **City PC0V** | | |
| Withholding Tax | 75.48 | 8,433.04 |

| Additional Information | Current | Year To Date |
|---|---|---|
| 401k Company Match | 0.00 | 1,451.43 |
| **Imputed Income** | **Current** | **Year to Date** |
| Group Term Life | -9.34 | 46.24 |

American Airlines
Pay Statement

PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

| NET EARNINGS DISTRIBUTION | | | | | |
|---|---|---|---|---|---|
| Account Type | Bank Name | Account Number | Date | Deposit Amount | Currency |
| Checking Account | NAVY FEDERAL CREDIT UNION | ******8300 | 07/28/2023 | 27.60 | USD |

**American Airlines**
Pay Statement
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

| | | | | |
|---|---|---|---|---|
| Mr Garnet Irving (352407) | Pay Frequency: US Bi-Weekly | Status/Allowance/Percent. | | Available |
| 7439 Miller Ave | Employee Type: Regular | FED | Married JT 0 | Vacation 10.00 |
| Upper Darby PA 19082 | Payment Date: 08/11/2023 | PA | Single 0 | Sick 40.00 |
| | Hours Worked: 0.00 | | | |
| Location: PHL AIRPORT GROUP 6 | Pay Period: 07/24/2023 - 08/06/2023 | | | |
| Company FEIN: 13-1502798 | Basis of Pay: Hourly | | | |

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year to Date | 36,285.75 | 4,621.26 | 8,703.60 | 8,006.76 | 14,954.13 |

### EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|---|
| Shift 3 | 05/28/2023 | 0.58 | -4.50 | -2.61 | 0.00 |
| Shift 3 | 05/28/2023 | 0.00 | 0.00 | 2.61 | 0.00 |
| Injury on Duty | 05/28/2023 | 34.27 | -4.50 | -154.22 | 0.00 |
| Injury on Duty | 05/28/2023 | 0.00 | 0.00 | 154.22 | 0.00 |
| Regular Pay | | 0.00 | 0.00 | 0.00 | 22,014.00 |
| Voluntary Trade Worked | | 0.00 | 0.00 | 0.00 | 7,135.47 |
| Shift 2 | | 0.00 | 0.00 | 0.00 | 286.76 |
| Shift 3 | | 0.00 | 0.00 | 0.00 | 197.78 |
| Holiday Premium | | 0.00 | 0.00 | 0.00 | 1,080.56 |
| Vacation Pay | | 0.00 | 0.00 | 0.00 | 2,688.00 |
| Sick Pay | | 0.00 | 0.00 | 0.00 | 537.60 |
| Injury on Duty | | 0.00 | 0.00 | 0.00 | 154.22 |
| AAG Profit Sharing | | 0.00 | 0.00 | 0.00 | 2,191.36 |
| **Total Earnings** | | | -9.00 | 0.00 | 36,285.75 |

### DEDUCTIONS

| Pre-Tax Deductions | Current | Year to Date |
|---|---|---|
| 401k | 0.00 | 1,962.24 |
| Medical Coverage | 0.00 | 2,422.56 |
| Dental Coverage | 0.00 | 138.59 |
| Vision Coverage | 0.00 | 79.70 |
| Employee AD&D | 0.00 | 18.17 |
| **Total Pre-Tax Deductions** | 0.00 | 4,621.26 |

| Taxes | Current | Year to Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 0.00 | 4,094.91 |
| EE Social Security Tax | 0.00 | 2,087.72 |
| EE Medicare Tax | 0.00 | 488.26 |
| **State Taxes PA** | | |
| Withholding Tax | 0.00 | 1,032.34 |
| EE Unemployment Tax | 0.00 | 25.40 |
| **City PBKX** | | |
| Withholding Tax | 0.00 | 866.65 |
| **City PC0V** | | |
| Withholding Tax | 0.00 | 84.32 |
| Local Services Tax | 0.00 | 24.00 |
| **Total Taxes** | 0.00 | 8,703.60 |

| After-Tax Deductions | Current | Year to Date |
|---|---|---|
| Child Support | 0.00 | 4,655.28 |
| Employee Life | 0.00 | 249.31 |
| Child Life | 0.00 | 10.81 |
| STD-TWU-IAM | 0.00 | 1,010.16 |
| LTD-TWU-IAM | 0.00 | 543.40 |
| Hospital Indemnity Plan | 0.00 | 198.62 |
| Group Accident Ins | 0.00 | 17.33 |
| 401k Loan #2 | 0.00 | 529.08 |
| Union Dues - IAM FS | 0.00 | 557.05 |
| 401k Loan #1 | 0.00 | 235.72 |
| **Total After-Tax Deductions** | 0.00 | 8,006.76 |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|
| Shift 3 | | 2.61 | 0.00 | 0.00 | 2.61 |
| Injury on Duty | | 154.22 | 0.00 | 0.00 | 154.22 |

| Taxable Earnings | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 0.00 | 31,710.73 |
| EE Social Security Tax | 0.00 | 33,672.97 |
| EE Medicare Tax | 0.00 | 33,672.97 |
| **State Taxes PA** | | |
| Withholding Tax | 0.00 | 33,626.73 |
| **City PBKX** | | |
| Withholding Tax | 0.00 | 25,193.69 |
| **City PC0V** | | |
| Withholding Tax | 0.00 | 8,433.04 |

| Additional Information | Current | Year To Date |
|---|---|---|
| 401k Company Match | 0.00 | 1,451.43 |
| **Imputed Income** | **Current** | **Year to Date** |
| Group Term Life | 0.00 | 46.24 |

| NET EARNINGS DISTRIBUTION | | | | | |
|---|---|---|---|---|---|
| Account Type | Bank Name | Account Number | Date | Deposit Amount | Currency |
| Checking Account | NAVY FEDERAL CREDIT UNION | ******8300 | 08/11/2023 | 0.00 | USD |

**American Airlines**  
Pay Statement  
PHX-RWE-PAY  
1 Skyview Drive, Fort Worth, TX 76155  
1-800-447-2000

| | | |
|---|---|---|
| Mr Garnet Irving (352407) | Pay Frequency: US Bi-Weekly | Status/Allowance/Percent. — Available |
| 7439 Miller Ave | Employee Type: Regular | FED  Married JT  0 — Vacation  10.00 |
| Upper Darby PA 19082 | Payment Date: 08/25/2023 | PA  Single  0 — Sick  48.00 |
| | Hours Worked: 0.00 | |
| Location: PHL AIRPORT GROUP 6 | Pay Period: 08/07/2023 - 08/20/2023 | |
| Company FEIN: 13-1502798 | Basis of Pay: Hourly | |

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year to Date | 36,285.75 | 4,621.26 | 8,703.60 | 8,006.76 | 14,954.13 |

### EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|---|
| Regular Pay | | 0.00 | 0.00 | 0.00 | 22,014.00 |
| Voluntary Trade Worked | | 0.00 | 0.00 | 0.00 | 7,135.47 |
| Shift 2 | | 0.00 | 0.00 | 0.00 | 286.76 |
| Shift 3 | | 0.00 | 0.00 | 0.00 | 197.78 |
| Holiday Premium | | 0.00 | 0.00 | 0.00 | 1,080.56 |
| Vacation Pay | | 0.00 | 0.00 | 0.00 | 2,688.00 |
| Sick Pay | | 0.00 | 0.00 | 0.00 | 537.60 |
| Injury on Duty | | 0.00 | 0.00 | 0.00 | 154.22 |
| AAG Profit Sharing | | 0.00 | 0.00 | 0.00 | 2,191.36 |
| **Total Earnings** | | | 0.00 | 0.00 | 36,285.75 |

### DEDUCTIONS

| Pre-Tax Deductions | Current | Year to Date |
|---|---|---|
| Medical Coverage | 0.00 | 2,422.56 |
| Dental Coverage | 0.00 | 138.59 |
| Vision Coverage | 0.00 | 79.70 |
| Employee AD&D | 0.00 | 18.17 |
| 401k | 0.00 | 1,962.24 |
| **Total Pre-Tax Deductions** | 0.00 | 4,621.26 |

| Taxes | Current | Year to Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 0.00 | 4,094.91 |
| EE Social Security Tax | 0.00 | 2,087.72 |
| EE Medicare Tax | 0.00 | 488.26 |
| **State Taxes PA** | | |
| Withholding Tax | 0.00 | 1,032.34 |
| EE Unemployment Tax | 0.00 | 25.40 |
| **City PBKX** | | |
| Withholding Tax | 0.00 | 866.65 |
| **City PC0V** | | |
| Withholding Tax | 0.00 | 84.32 |
| Local Services Tax | 0.00 | 24.00 |
| **Total Taxes** | 0.00 | 8,703.60 |

| After-Tax Deductions | Current | Year to Date |
|---|---|---|
| 401k Loan #1 | 0.00 | 235.72 |
| 401k Loan #2 | 0.00 | 529.08 |
| Union Dues - IAM FS | 0.00 | 557.05 |
| Child Support | 0.00 | 4,655.28 |
| Employee Life | 0.00 | 249.31 |
| Child Life | 0.00 | 10.81 |
| STD-TWU-IAM | 0.00 | 1,010.16 |
| LTD-TWU-IAM | 0.00 | 543.40 |
| Hospital Indemnity Plan | 0.00 | 198.62 |
| Group Accident Ins | 0.00 | 17.33 |
| **Total After-Tax Deductions** | 0.00 | 8,006.76 |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|
| Shift 3 | 2.61 | 2.61 | 0.00 | 0.00 | 0.00 |
| Injury on Duty | 154.22 | 154.22 | 0.00 | 0.00 | 0.00 |

| Taxable Earnings | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 0.00 | 31,710.73 |
| EE Social Security Tax | 0.00 | 33,672.97 |
| EE Medicare Tax | 0.00 | 33,672.97 |
| **State Taxes PA** | | |
| Withholding Tax | 0.00 | 33,626.73 |
| **City PBKX** | | |
| Withholding Tax | 0.00 | 25,193.69 |
| **City PC0V** | | |
| Withholding Tax | 0.00 | 8,433.04 |

| Additional Information | Current | Year To Date |
|---|---|---|
| A/R Recovery | 156.83 | 156.83 |
| 401k Company Match | 0.00 | 1,451.43 |

| Imputed Income | Current | Year to Date |
|---|---|---|
| Group Term Life | 0.00 | 46.24 |

American Airlines
Case 23-12611-amc    Doc 38    Filed 12/05/23    Entered 12/05/23 15:44:36    Desc Main
Document    Page 10 of 12
Pay Statement
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

**NET EARNINGS DISTRIBUTION**

| Account Type | Bank Name | Account Number | Date | Deposit Amount | Currency |
|---|---|---|---|---|---|
| Checking Account | NAVY FEDERAL CREDIT UNION | ******8300 | 08/25/2023 | 0.00 | USD |

# American Airlines
## Pay Statement

PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

| | | | |
|---|---|---|---|
| Mr Garnet Irving (352407) | Pay Frequency: US Bi-Weekly | Status/Allowance/Percent. | Available |
| 7439 Miller Ave | Employee Type: Regular | FED  Married JT  0 | Vacation  10.00 |
| Upper Darby PA  19082 | Payment Date: 09/08/2023 | PA   Single       0 | Sick      48.00 |
| | Hours Worked: 0.00 | | |
| Location: PHL AIRPORT GROUP 6 | Pay Period: 08/21/2023 - 09/03/2023 | | |
| Company FEIN: 13-1502798 | Basis of Pay: Hourly | | |

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year to Date | 36,285.75 | 4,621.26 | 8,703.60 | 8,006.76 | 14,954.13 |

### EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|---|
| Regular Pay | | 0.00 | 0.00 | 0.00 | 22,014.00 |
| Voluntary Trade Worked | | 0.00 | 0.00 | 0.00 | 7,135.47 |
| Shift 2 | | 0.00 | 0.00 | 0.00 | 286.76 |
| Shift 3 | | 0.00 | 0.00 | 0.00 | 197.78 |
| Holiday Premium | | 0.00 | 0.00 | 0.00 | 1,080.56 |
| Vacation Pay | | 0.00 | 0.00 | 0.00 | 2,688.00 |
| Sick Pay | | 0.00 | 0.00 | 0.00 | 537.60 |
| Injury on Duty | | 0.00 | 0.00 | 0.00 | 154.22 |
| AAG Profit Sharing | | 0.00 | 0.00 | 0.00 | 2,191.36 |
| **Total Earnings** | | | 0.00 | 0.00 | 36,285.75 |

### DEDUCTIONS

| Pre-Tax Deductions | Current | Year to Date |
|---|---|---|
| Medical Coverage | 0.00 | 2,422.56 |
| Dental Coverage | 0.00 | 138.59 |
| Vision Coverage | 0.00 | 79.70 |
| Employee AD&D | 0.00 | 18.17 |
| 401k | 0.00 | 1,962.24 |
| **Total Pre-Tax Deductions** | 0.00 | 4,621.26 |

| Taxes | Current | Year to Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 0.00 | 4,094.91 |
| EE Social Security Tax | 0.00 | 2,087.72 |
| EE Medicare Tax | 0.00 | 488.26 |
| **State Taxes PA** | | |
| Withholding Tax | 0.00 | 1,032.34 |
| EE Unemployment Tax | 0.00 | 25.40 |
| **City PBKX** | | |
| Withholding Tax | 0.00 | 866.65 |
| **City PC0V** | | |
| Withholding Tax | 0.00 | 84.32 |
| Local Services Tax | 0.00 | 24.00 |
| **Total Taxes** | 0.00 | 8,703.60 |

| After-Tax Deductions | Current | Year to Date |
|---|---|---|
| 401k Loan #1 | 0.00 | 235.72 |
| 401k Loan #2 | 0.00 | 529.08 |
| Union Dues - IAM FS | 0.00 | 557.05 |
| Child Support | 0.00 | 4,655.28 |
| Employee Life | 0.00 | 249.31 |
| Child Life | 0.00 | 10.81 |
| STD-TWU-IAM | 0.00 | 1,010.16 |
| LTD-TWU-IAM | 0.00 | 543.40 |
| Hospital Indemnity Plan | 0.00 | 198.62 |
| Group Accident Ins | 0.00 | 17.33 |
| **Total After-Tax Deductions** | 0.00 | 8,006.76 |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|

| Taxable Earnings | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 0.00 | 31,710.73 |
| EE Social Security Tax | 0.00 | 33,672.97 |
| EE Medicare Tax | 0.00 | 33,672.97 |
| **State Taxes PA** | | |
| Withholding Tax | 0.00 | 33,626.73 |
| **City PBKX** | | |
| Withholding Tax | 0.00 | 25,193.69 |
| **City PC0V** | | |
| Withholding Tax | 0.00 | 8,433.04 |

| Additional Information | Current | Year To Date |
|---|---|---|
| 401k Company Match | 0.00 | 1,451.43 |
| A/R Recovery | 0.00 | 156.83 |
| **Imputed Income** | Current | Year to Date |
| Group Term Life | 0.00 | 46.24 |

American Airlines
Case 23-11831-amc    Doc 38    Filed 12/05/23    Entered 12/05/23 15:44:36    Desc Main
                Document      Page 12 of 12
Pay Statement
RHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

| NET EARNINGS DISTRIBUTION | | | | | |
|---|---|---|---|---|---|
| Account Type | Bank Name | Account Number | Date | Deposit Amount | Currency |
| Checking Account | NAVY FEDERAL CREDIT UNION | ******8300 | 09/08/2023 | 0.00 | USD |