IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) 23-12611 (AMC) |
| GARNET V. IRVING | ) |
| | ) |
| **Debtor(s)** | ) Chapter 13 |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

WILLIAM E. CRAIG, attorney for Credit Acceptance Corporation hereby certifies as follows:

1. I am the attorney for Credit Acceptance and am fully familiar with the facts of this case.

2. On December 15, 2023, I served by electronic means and by regular mail, a copy of the Objection To Confirmation to the following individuals:

Debtor
Garnet V. Irving
7439 Miller Avenue
Upper Darby, PA 19082

Debtor's Attorney
Michael I. Assad, Esq.
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Office of the US Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Trustee
Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Date: 12/15/23

/s/ William E. Craig
William E. Craig
Morton & Craig LLC
110 Marter Ave., Suite 301
Moorestown, NJ 08057
(856) 866-0100
Bar I.D. 92329 - Pennsylvania