IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ) | |
| GARNET VALENTINE IRVING ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| CREDIT ACCEPTANCE CORPORATION ) | Case No.: 23-12611 (AMC) |
| **Moving Party** ) | |
| ) | |
| v. ) | |
| ) | 11 U.S.C. 362 |
| GARNET VALENTINE IRVING ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** ) | |
| ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the Motion For Stay Relief and Objection To Confirmation, and filed on or about January 18, 2024 in the above matter is APPROVED.

Dated: Jan. 22, 2024

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE