UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Garnet Valentine Irving | Bankruptcy No.23-12611-AMC |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 22nd day of February, 2024, by first class mail upon those listed below:

Garnet Valentine Irving
7439 Miller Avenue
Upper Darby, PA  19082-2026

**Electronically via CM/ECF System Only:**

CIBIK LAW, PC
% MICHAEL A CIBIK ESQ
1500 WALNUT STREET STE 900
PHILADELPHIA, PA  19102

/s/ Kristen Gliem
———————————————
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee