UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>  Garnet Valentine Irving<br><br><br>  Debtor | Chapter 13<br><br>Bankruptcy No. 23-12611-AMC |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss With A Bar Pursuant to 11 U.S.C. Sections 105 and 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 2nd day of April, 2024 by first class mail upon those listed below:

Garnet Valentine Irving
7439 Miller Avenue
Upper Darby, PA  19082-2026

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC

George M. Conway, Esq.
Office of the United States Trustee

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee