# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Garnet Valentine Irving,<br><br>*Debtor.* | Chapter 13<br>Case No. 23-12611-amc |

## Motion to Pay Trustee

Debtor Garnet Valentine Irving, through his attorney, moves this Court as follows:

1. The Debtor asks the Court to direct the Debtor's employer to attach his wages to fund the chapter 13 plan.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: May 13, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Mike Assad

Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: May 13, 2024

/s/ Mike Assad

Mike Assad