**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Garnet Valentine Irving,<br><br>*Debtor.* | Chapter 13<br>Case No. 23-12611-amc |

**Order Requiring American Airlines to Pay**
**Chapter 13 Trustee from Garnet Valentine Irving's Wages**

Upon request of the Debtor, it is **ORDERED** by the U.S. Bankruptcy Court for the Eastern District of Pennsylvania that **AMERICAN AIRLINES** must pay chapter 13 trustee **SCOTT F. WATERMAN** in the amount of **$630.00** from each regular paycheck of **GARNET VALENTINE IRVING** beginning with the next paycheck and lasting until May 14, 2029, or further order of the Court.

Payments must be mailed to Scott F. Waterman, Chapter 13 Trustee, PO Box 680, Memphis, TN 38101-0680. The bankruptcy case number (23-12611-amc) must be written or typed on each payment.

This order replaces the pay order dated September 8, 2023.

Date: May 15, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Judge

CC:   American Airlines
      1 Skyview Dr
      Fort Worth, TX 76155-1801