Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 23-12611-AMC**

Garnet Valentine Irving  
7439 Miller Avenue  
Upper Darby  PA    19082-2026

Petition Filed Date: 08/31/2023  
341 Hearing Date: 12/15/2023  
Confirmation Date: 06/26/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/19/2023 | $392.31 | 1878846849 | 10/18/2023 | $392.31 | 9019736 | 10/30/2023 | $392.31 | 9024733 |
| 11/14/2023 | $392.31 | 9030005 | 11/28/2023 | $392.31 | 9034448 | 12/12/2023 | $392.31 | 9038201 |
| 12/27/2023 | $392.31 | 9042536 | 01/09/2024 | $392.31 | 9046299 | 01/29/2024 | $392.31 | 9050593 |
| 02/06/2024 | $392.31 | 9056159 | 02/20/2024 | $392.31 | 9061681 | 03/08/2024 | $392.31 | 9065977 |
| 03/18/2024 | $392.31 | 9069562 | 04/10/2024 | $392.31 | 9076053 | 04/16/2024 | $392.31 | 9080691 |
| 04/30/2024 | $392.31 | 9085097 | 05/20/2024 | $392.31 | 9088445 | 05/29/2024 | $392.31 | 9092825 |
| 06/11/2024 | $392.31 | 9097134 | 06/25/2024 | $392.31 | 9100694 | 07/09/2024 | $630.00 | 9106703 |
| 07/23/2024 | $630.00 | 9110326 | | | | | | |

**Total Receipts for the Period:  $9,106.20    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $10,366.20**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,875.00 | $4,875.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP<br>»»  001 | Secured Creditors | $13,594.11 | $1,749.51 | $11,844.60 |
| 2 | EDUCATIONAL CREDIT MGMT CORP<br>»»  002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PA HOUSING FINANCE AGENCY<br>»»  003 | Mortgage Arrears | $49,716.07 | $2,108.19 | $47,607.88 |
| 4 | UPPER DARBY TOWNSHIP<br>»»  004 | Secured Creditors | $797.74 | $19.44 | $778.30 |
| 5 | NAVY FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | TRUMARK FINANCIAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 23-12611-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,366.20 | Current Monthly Payment: | $1,366.00 |
| Paid to Claims: | $8,752.14 | Arrearages: | $8.76 |
| Paid to Trustee: | $1,032.68 | Total Plan Base: | $77,308.96 |
| Funds on Hand: | $581.38 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.