| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 23-12611-AMC**

Garnet Valentine Irving  
7439 Miller Avenue  
Upper Darby  PA    19082-2026

Petition Filed Date: 08/31/2023  
341 Hearing Date: 12/15/2023  
Confirmation Date: 06/26/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $630.00 | 9115392 | 08/21/2024 | $630.00 | 9120234 | 09/03/2024 | $630.00 | 9125214 |
| 09/17/2024 | $630.00 | 9129803 | 10/01/2024 | $630.00 | 9133979 | 10/16/2024 | $630.00 | 9138502 |
| 10/29/2024 | $630.00 | 9142195 | 11/12/2024 | $630.00 | 9145488 | 11/26/2024 | $630.00 | 9149669 |
| 12/11/2024 | $630.00 | 9152879 | 12/26/2024 | $630.00 | 9156328 | 01/07/2025 | $630.00 | 9159392 |
| 01/22/2025 | $630.00 | 9162525 | 02/05/2025 | $630.00 | 9166883 | 02/18/2025 | $630.00 | 9171922 |
| 03/04/2025 | $630.00 | 9175777 | 03/05/2025 | $630.00 | 9176842 | 03/31/2025 | $630.00 | 9183725 |
| 04/15/2025 | $630.00 | 9186980 | 04/23/2025 | $630.00 | 9190509 | 05/13/2025 | $630.00 | 9194421 |
| 06/02/2025 | $630.00 | 9197783 | 06/10/2025 | $630.00 | 9200929 | 06/24/2025 | $630.00 | 9204911 |
| 07/08/2025 | $630.00 | 9208647 | 07/22/2025 | $630.00 | 9212363 | | | |

**Total Receipts for the Period:  $16,380.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $26,746.20**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,875.00 | $4,875.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP »» 001 | Secured Creditors | $13,594.11 | $4,833.92 | $8,760.19 |
| 2 | EDUCATIONAL CREDIT MGMT CORP »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PA HOUSING FINANCE AGENCY »» 003 | Mortgage Arrears | $49,716.07 | $14,505.56 | $35,210.51 |
| 4 | UPPER DARBY TOWNSHIP »» 004 | Secured Creditors | $797.74 | $232.77 | $564.97 |
| 5 | NAVY FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | TRUMARK FINANCIAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12611-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,746.20 | Current Monthly Payment: | $1,366.00 |
| Paid to Claims: | $24,447.25 | Arrearages: | $20.76 |
| Paid to Trustee: | $2,298.95 | Total Plan Base: | $77,308.96 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.