Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Garnet Valentine Irving
7439 Miller Avenue
Upper Darby, PA 19082-2026

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 23-12611-AMC**

Petition Filed Date: 08/31/2023
341 Hearing Date: 12/15/2023
Confirmation Date: 06/26/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/05/2025 | $630.00 | 9216729 | 08/21/2025 | $630.00 | 9221582 | 09/03/2025 | $630.00 | 9226569 |
| 09/16/2025 | $630.00 | 9229563 | 09/30/2025 | $630.00 | 9234677 | 10/16/2025 | $630.00 | 9237998 |
| 10/28/2025 | $630.00 | 9241546 | 11/12/2025 | $630.00 | 9245431 | 11/25/2025 | $630.00 | 9248088 |
| 12/09/2025 | $630.00 | 9251946 | 12/23/2025 | $630.00 | 9255006 | 01/06/2026 | $630.00 | 9258856 |
| 01/21/2026 | $630.00 | 9262594 | 02/09/2026 | $630.00 | 9267038 | 02/18/2026 | $630.00 | 9271598 |
| 03/03/2026 | $630.00 | 9276184 | 03/04/2026 | $103.18 | 9277792 | 03/18/2026 | $526.82 | 9282146 |
| 03/31/2026 | $630.00 | 9285521 | 04/15/2026 | $630.00 | 9289736 | 04/28/2026 | $630.00 | 9294052 |
| 05/12/2026 | $630.00 | 9297146 | 05/27/2026 | $630.00 | 9300244 | 06/09/2026 | $630.00 | 9302997 |
| 06/23/2026 | $630.00 | 9307085 | 07/07/2026 | $630.00 | 9311372 | 07/21/2026 | $630.00 | 9315201 |

**Total Receipts for the Period: $16,380.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $43,756.20**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,875.00 | $4,875.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $13,594.11 | $7,815.98 | $5,778.13 |
| 2 | EDUCATIONAL CREDIT MGMT CORP<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PA HOUSING FINANCE AGENCY<br>»» 003 | Mortgage Arrears | $49,716.07 | $26,491.53 | $23,224.54 |
| 4 | UPPER DARBY TOWNSHIP<br>»» 004 | Secured Creditors | $797.74 | $425.06 | $372.68 |
| 5 | NAVY FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | TRUMARK CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12611-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $43,756.20 | Current Monthly Payment: | $1,366.00 |
| Paid to Claims: | $39,607.57 | Arrearages: | ($597.24) |
| Paid to Trustee: | $3,567.14 | Total Plan Base: | $77,308.96 |
| Funds on Hand: | $581.49 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.